**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7014

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID WAYNE MCDANIEL,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., Senior District Judge. (2:18-cr-00023-1)

Submitted: January 17, 2023                    Decided: January 20, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Wayne McDaniel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Wayne McDaniel appeals the district court's order denying his motion for production of documents in his previously closed criminal case.  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *Unites States v. McDaniel*, No. 2:18-cr-00023-1 (S.D.W. Va. Aug. 11, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*